**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

|  |  |  |
|---|---|---|
| | ) | |
| **IN RE:** | ) | **CASE NO. 25-21702-SMG** |
| **CHRISTIAN F RUIZ** | ) | **CHAPTER 13** |
| **DEBTOR** | ) | |
| | ) | |

**NOTICE OF APPEARANCE PURSUANT TO BANKRUPTCY RULE 9010 (b) AND REQUEST FOR NOTICES UNDER BANKRUPTCY RULE 2002 REGARDING PROPERTY DESCRIBED AS 81 VIA FIRENZA WAY, DAVIE, FL 33325 AND THAT CERTAIN LOAN MORE SPECIFICALLY IDENTIFIED AS LOAN NUMBER \*\*\*\*\*\*\*6359**

NOW COMES Citizens Bank, N.A., by and through its attorney Brock and Scott, PLLC, pursuant to Bankruptcy Rule 9010 and makes its appearance as a creditor in this cause and, pursuant to Bankruptcy Rule 2002, requests that it be noticed on all pleadings, documents and hearings; that it receive copies of all documents; and be added to the matrix to be served at the addresses below:

Brock and Scott, PLLC
Attorneys at Law
3825 Forrestgate Dr.
Winston-Salem, NC 27103
Floridabklegal@Brockandscott.com

Citizens Bank, NA
10561 Telegraph Road
Glen Allen, Virginia 23059

Please take notice that the undersigned hereby appears as counsel for Citizens Bank, N.A. pursuant to Bankruptcy Rule 9010(b). The undersigned's filing of this notice is limited to the instant case noted above and should not be construed as unlimited representation of the Creditor with

24-F02351 BKPOC01

 

respect to any and all matters, proceedings, or actions that may be taken in the instant case or any

associated case or proceeding involving the above-named Creditor.

RESPECTFULLY SUBMITTED,

/s/ _Teresa Hair_ _____
Teresa M. Hair, FL Bar No. 44079
Patrick Hruby, FL Bar No. 0088657
Neisi I. Garcia Ramirez, FL Bar No. 91430
Dennis J. LeVine, FL Bar No. 375993
Jay Jones, FL Bar No. 90736
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
FloridaBKLegal@brockandscott.com

24-F02351 BKPOC01