UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN RE:
CHRISTIAN F RUIZ
AKA CHRISTIAN RUIZ
AKA CHRISTIAN FERNANDO RUIZ
   DEBTOR

CASE NO.  25-21702-SMG
CHAPTER 13

**CITIZENS BANK, N.A.'S OBJECTION
TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN**

Citizens Bank, N.A. ("Secured Creditor"), by and through its undersigned counsel, files this *Objection to Confirmation of Debtor's Chapter 13 Plan* (ECF No. 20), and states as follows:

1. The Debtor filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code on October 3, 2025.

2. Secured Creditor holds a security interest in the Debtor's real property located at 81 Via Firenza Way, Davie, FL 33325 (the "Property").

3. The Debtor filed a Chapter 13 Plan (the "Plan") on October 31, 2025 (ECF No. 20), which proposes Mortgage Modification Mediation ("MMM") payments of $690.90.

4. In accordance with MMM Procedures, while the MMM is pending, the Debtor must include a post-petition payment of no less than the lower of the prepetition monthly contractual mortgage payment or 31% of the debtor's gross monthly income (after deducting any amount paid toward HOA fees due for the property").

5. The contractual monthly mortgage payment as of November 1, 2025, is $1,047.96.

6. According to Schedule I, the Debtor's gross monthly income is $8,333.33. 31% of this amount less HOA fee is $2,558.53.

7. Secured Creditor requests MMM payments of no less than $1,047.96 as good faith adequate protection payments while MMM is pending.

**WHEREFORE**, Secured Creditor respectfully requests the entry of an Order which denies confirmation of the Plan unless such plan is amended to overcome the objections of Secured Creditor as stated herein, and for such other and further relief as the Court may deem just and proper.

        */s/Neisi I. Garcia Ramirez*
        Teresa M. Hair, FL Bar No. 44079
        Patrick Hruby, FL Bar No. 0088657
        Neisi I. Garcia Ramirez, FL Bar No. 91430
        Dennis J. LeVine, FL Bar No. 375993
        Jay Jones, FL Bar No. 90736
        Attorney for Creditor
        BROCK & SCOTT, PLLC
        3825 Forrestgate Drive
        Winston Salem, NC 27103
        Telephone: (844) 856-6646
        Facsimile: (704) 369-0760
        FloridaBKLegal@brockandscott.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| IN RE:<br>**CHRISTIAN F RUIZ**<br>**AKA CHRISTIAN RUIZ**<br>**AKA CHRISTIAN FERNANDO RUIZ**<br>**DEBTOR** | **CASE NO. 25-21702-SMG**<br>**CHAPTER 13** |

## CERTIFICATE OF SERVICE

      I, the undersigned, hereby certify that a true and exact copy of the foregoing Objection to Confirmation of Chapter 13 Plan has been electronically served or mailed, postage prepaid on this day to the following:

Christian F Ruiz
81 Via Firenza Way
Davie, FL 33325

Jose A Blanco
eservice@blancopa.com

Robin R Weiner, Bankruptcy Trustee
ecf@ch13weiner.com

Office of the US Trustee, US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Date: November 6, 2025

                                             */s/Neisi I. Garcia Ramirez*
                                             Teresa M. Hair, FL Bar No. 44079
                                             Patrick Hruby, FL Bar No. 0088657
                                             Neisi I. Garcia Ramirez, FL Bar No. 91430
                                             Dennis J. LeVine, FL Bar No. 375993
                                             Jay Jones, FL Bar No. 90736
                                             Attorney for Creditor
                                             BROCK & SCOTT, PLLC
                                             3825 Forrestgate Drive
                                             Winston Salem, NC 27103
                                             Telephone: (844) 856-6646
                                             Facsimile: (704) 369-0760
                                             FloridaBKLegal@brockandscott.com