| Fill in this information to identify the case: |
|---|
| Debtor 1    Christian F Ruiz Aka Christian Ruiz Aka Christian Fernando Ruiz |
| Debtor 2 (Spouse, if filing) |
| United States Bankruptcy Court for the: Southern District of Florida |
| Case number 25-21702-SMG |

Official Form 410S1

**Notice of Mortgage Payment Change**    12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Citizens Bank, N.A.    **Court claim no.** (if known): N/A

**Last four digits** of any number you use to identify the debtor's account: 6359

**Date of payment change:** 11/24/2025
Must be at least 21 days after date of this notice

**New total payment:** $957.42
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

**Will there be a change in the debtor's escrow account payment?**
☒ No
☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

**Current escrow payment:** $ _____    **New escrow payment:** $ _____

### Part 2: Mortgage Payment Adjustment

**Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?**
☒ No
☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

**Current interest rate:** _____ %    **New interest rate:** _____ %

**Current principal and interest payment:** $ _____    **New principal and interest payment:** $ _____

### Part 3: Other Payment Change

**Will there be a change in the debtor's mortgage payment for a reason not listed above?**
☐ No
☒ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

Reason for change:    HELOC

**Current mortgage payment:** $ 1,047.96    **New mortgage payment:** $ 957.42

Official Form 410S1    Notice of Mortgage Payment Change    page 1

Debtor1   Christian F Ruiz AKA CHRISTIAN RUIZ AKA CHRISTIAN FERNANDO RUIZ
    First Name    Middle Name    Last Name

Case number *(if known)* 25-21702-SMG

## Part 4: Sign Here

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number.

Check the appropriate box.

☐ I am the creditor.

☒ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

✗ */s/ Neisi I. Garcia Ramirez*
    Signature

Date  12/12/2025

**Print:**  **Neisi I. Garcia Ramirez (91430)**
    First Name    Middle Name    Last Name

Title  Attorney

Company  Brock & Scott, PLLC

Address  3825 Forrestgate Dr.
    Number    Street

Winston-Salem, NC 27103
City    State    ZIP Code

Contact phone  844-856-6646

Email  Floridabklegal@Brockandscott.com

Official Form 410S1    Notice of Mortgage Payment Change    page 2

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN RE:
Christian F Ruiz, AKA CHRISTIAN RUIZ
AKA CHRISTIAN FERNANDO RUIZ
DEBTOR

CASE NO. 25-21702-SMG
CHAPTER 13

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that a true and exact copy of the foregoing Notice Of Mortgage Payment Change has been electronically served or mailed, postage prepaid on this day to the following:

Christian F Ruiz
81 Via Firenza Way
Davie, FL 33325

Jose A Blanco
eservice@blancopa.com

Robin R Weiner, Bankruptcy Trustee
ecf@ch13weiner.com

Office of the US Trustee, US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Date: December 12, 2025

                                                          */s/Neisi I. Garcia Ramirez*
                                                          Teresa M. Hair, FL Bar No. 44079
                                                          Patrick Hruby, FL Bar No. 0088657
                                                          Neisi I. Garcia Ramirez, FL Bar No. 91430
                                                          Dennis J. LeVine, FL Bar No. 375993
                                                          Jay Jones, FL Bar No. 90736
                                                          Attorney for Creditor
                                                          BROCK & SCOTT, PLLC
                                                          3825 Forrestgate Drive
                                                          Winston Salem, NC 27103
                                                          Telephone: (844) 856-6646
                                                          Facsimile: (704) 369-0760
                                                          FloridaBKLegal@brockandscott.com

```
---------------- K E E P    F O R    Y O U R    R E C O R D S ----------------
                 K E E P    F O R    Y O U R    R E C O R D S
```

```
 BILLING      CREDIT     AVAILABLE                     MINIMUM
   DATE        LIMIT       CREDIT                      PAYMENT
 10-27-25     110000          0                         957.42
```

```
---------------------------- S U M M A R Y ----------------------------
                             S U M M A R Y
    PREVIOUS         CHARGES         INTEREST       PAYMENTS     CREDIT/DEBIT
     BALANCE        AND FEES         CHARGES      AND CREDITS     ADJUSTMENT
    130689.74            .00          957.42              .00            .00

                                              NEW BALANCE:     131647.16
```

```
--------------------- I N T E R E S T   C H A R G E S ---------------------
                      I N T E R E S T   C H A R G E S
              FROM  DAYS DAILY BALANCE DAY/MTHLY RT ANNUAL RT   INT CHARGES
Curr Month  09/27/25  31    109,979.21   0.0280822  10.25000        957.42
            Total Days    31   Total Interest Charges:             957.42


    109979.21  Average Daily Balance    10.25000 Annual Percentage Rate
```

```
-------------------- P A Y M E N T   B R E A K D O W N --------------------
                     P A Y M E N T   B R E A K D O W N
         PAYMENT ELEMENT                        AMOUNT
         PAYMENT ELEMENT                        AMOUNT
         Minimum Payment Due                    957.42
         Interest                               957.42
```

```
-----------------                                          -----------------

Christian Ruiz
81 Via Firenza Way
Davie                 FL 33325 6908
```

```
     PREVIOUS     NEW BALANCE                   AMOUNT    FOR PAYMENT
     BALANCE                                   ENCLOSED    DUE:
    130689.74     131647.16                   $_____    11-24-25
```