

**ORDERED in the Southern District of Florida on December 23, 2025.**

**Scott M. Grossman, Chief Judge**
**United States Bankruptcy Court**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:    Christian F Ruiz                              Case No.: 25-21702-SMG
                                                        Chapter 13

_____Debtor_____/

### ORDER GRANTING EX-PARTE MOTION TO VACATE ORDER GRANTING DEBTORS VERIFIED EX PARTE MOTION FOR REFERRAL TO MORTGAGE MODIFICATION MEDIATION WITH CHASE MORTGAGE

THIS CAUSE came before the Court upon Debtor's *Ex-Parte* Motion to Vacate the Order Granting Debtors Verified Ex Parte Motion for Referral to Mortgage Modification Mediation with Chase Mortgage ECF#27 ([ECF#46; herein "Motion"). The Court having reviewed the Motion and the record herein, being otherwise fully advised, it is

    **ORDERED** that:

1.  The Motion is GRANTED.

2.  The Order Granting Debtors Verified Ex Parte Motion for Referral to Mortgage Modification Mediation with Chase Mortgage at ECF#27 is vacated.

                                    ###

Respectfully Submitted By: **JOSE A. BLANCO, P.A.,** Jose A. Blanco | FBN: 062449, Attorney for Debtor(s), 102 E 49th ST, Hialeah, FL 33013, Tel. (305) 349-3463, E-Mail: jose@blancopa.com

Attorney Blanco is directed to serve this order upon all non-registered users or registered users who have yet to appear electronically in this case and file a conforming certificate of service.