**Fill in this information to identify the case:**

Debtor 1    CHRISTIAN F RUIZ AKA CHRISTIAN RUIZ AKA CHRISTIAN FERNANDO RUIZ
Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Southern District of Florida
Case number 25-21702-SMG

Official Form 410S1

# Notice of Mortgage Payment Change

12/25

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Citizens Bank, N.A.

**Court claim no.** (if known): 15

**Last four digits** of any number you use to identify the debtor's account:    6359

**Date of payment change:**    04/24/2026
Must be at least 21 days after date of this notice

**New total payment:**    $801.49
Principal, interest, and escrow, if any
*For HELOC payment amounts, see Part 3*

| Part 1: | Escrow Account Payment Adjustment |
|---|---|

1. **Will there be a change in the debtor's escrow account payment?**
   ☒ No
   ☐ Yes.  Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law.
      Describe the basis for the change. If a statement is not attached, explain why:

   **Current escrow payment:** $ _____        **New escrow payment:** $ _____

| Part 2: | Mortgage Payment Adjustment |
|---|---|

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?**
   ☒ No
   ☐ Yes.  Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   **Current interest rate:** _____ %        **New interest rate:** _____ %

   **Current principal and interest payment:** $ _____        **New principal and interest payment:** $ _____

| Part 3: | Annual HELOC Notice |
|---|---|

3. **Will there be a change in the debtor's home-equity line-of-credit (HELOC) payment for the year going forward?**
   ☒ No
   ☐ Yes.
      **Current HELOC payment:**    $ _____

      **Reconciliation amount:**    + $ _____ or
                                    - $ _____

      **Amount of next payment (including reconciliation amount)**    $ _____

      **Amount of the new payment thereafter (without reconciliation amount)**    $ _____

| Part 4: | Other Payment Change |
|---|---|

**4.** **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☐ No

☒ Yes.  Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

Reason for change:  HELOC

**Current mortgage payment:** $ 887.37        **New mortgage payment:** $ 801.49

Debtor1    CHRISTIAN F RUIZ AKA CHRISTIAN RUIZ AKA        Case number *(if known)* 25-21702-SMG
CHRISTIAN FERNANDO RUIZ
_____First Name_____Middle Name_____Last Name_____

| Part 5: | Sign Here |
|---|---|

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number.

Check the appropriate box.

☐ I am the creditor.

☒ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

✖ */s/ Teresa Hair*
Signature                                                            Date  04/03/2026

**Print:** **Teresa Hair (44079)**
___First Name_____Middle Name_____Last Name____        Title  Attorney

Company  Brock & Scott, PLLC

Address  3825 Forrestgate Dr.
Number_____Street

Winston-Salem, NC 27103
City_____State_____ZIP Code

Contact phone  844-856-6646

Email Floridabklegal@Brockandscott.com

Official Form 410S1                    Notice of Mortgage Payment Change                    page 2

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

| | |
|---|---|
| **IN RE:**<br>**CHRISTIAN F RUIZ, AKA CHRISTIAN**<br>**RUIZ AKA CHRISTIAN FERNANDO RUIZ**<br>**DEBTOR** | **CASE NO.  25-21702-SMG**<br>**CHAPTER 13** |

## CERTIFICATE OF SERVICE

       I, the undersigned, hereby certify that a true and exact copy of the foregoing Notice of Mortgage Payment Change has been electronically served or mailed, postage prepaid on this day to the following:

Christian F Ruiz
81 Via Firenza Way
Davie, FL 33325

Jose A Blanco
eservice@blancopa.com

Robin R Weiner, Bankruptcy Trustee
ecf@ch13weiner.com

Office of the US Trustee, US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Date: <u>April 3, 2026</u>

<u>/s/Teresa Hair</u>
Teresa M. Hair, FL Bar No. 44079
Patrick Hruby, FL Bar No. 0088657
Neisi I. Garcia Ramirez, FL Bar No. 91430
Dennis J. LeVine, FL Bar No. 375993
Jay Jones, FL Bar No. 90736
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
FloridaBKLegal@brockandscott.com

---------------- K E E P   F O R   Y O U R   R E C O R D S -----------------
                 K E E P   F O R   Y O U R   R E C O R D S

LOAN NUMBER:                              ACCOUNT NUMBER:   ****

| BILLING DATE | CREDIT LIMIT | AVAILABLE CREDIT | MINIMUM PAYMENT |
|---|---|---|---|
| 03-27-26 | 110000 | 0 | 801.49 |

--------------------------- S U M M A R Y -------------------------------
                              S U M M A R Y

| PREVIOUS BALANCE | CHARGES AND FEES | INTEREST CHARGES | PAYMENTS AND CREDITS | CREDIT/DEBIT ADJUSTMENT |
|---|---|---|---|---|
| 135259.91 | .00 | 801.49 | .00 | .00 |

NEW BALANCE:   136061.40

-------------------- I N T E R E S T   C H A R G E S --------------------
                  I N T E R E S T   C H A R G E S

| | FROM | DAYS | DAILY BALANCE | DAY/MTHLY RT | ANNUAL RT | INT CHARGES |
|---|---|---|---|---|---|---|
| Curr Month | 02/28/26 | 28 | 109,979.21 | 0.0260274 | 9.50000 | 801.49 |
| | | Total Days | 28 | Total Interest Charges: | | 801.49 |

109979.21  Average Daily Balance    9.50000 Annual Percentage Rate

-------------------- P A Y M E N T   B R E A K D O W N --------------------
                  P A Y M E N T   B R E A K D O W N

| PAYMENT ELEMENT | AMOUNT |
|---|---|
| PAYMENT ELEMENT | AMOUNT |
| Minimum Payment Due | 801.49 |
| Interest | 801.49 |

------------------                              ------------------

Christian Ruiz
81 Via Firenza Way
Davie                    FL 33325 6908

LOAN NUMBER                              ACCOUNT NUMBER:

| PREVIOUS BALANCE | NEW BALANCE | | AMOUNT ENCLOSED | FOR PAYMENT DUE: |
|---|---|---|---|---|
| 135259.91 | 136061.40 | | $_____ | 04-24-26 |