UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:    Christian F Ruiz                          Case No.: 25-21702-SMG
                                                    Chapter 13

_____Debtor_____/

**MOTION TO APPROVE TRIAL PERIOD PLAN MORTGAGE MODIFICATION
AGREEMENT WITH CCO Mortgage Corp. / Citizens Bank (2nd Mortgage)
[POC#15]**

*Relief Requested Without a Hearing*

Debtor Christian F Ruiz ("Debtor") requests entry of an order approving the Trial

Period Plan Payment Mortgage Modification Agreement with CCO Mortgage Corp. /

Citizens Bank (2nd Mortgage) [POC#15] ("Lender") with respect to real property located

at 81 Via Firenza Way, Davie, FL 33325 and states:

1.  The Court referred this matter to Mortgage Modification Mediation ("MMM") on

    November 18, 2025.[1]

2.  The final MMM conference was set to be held on May 15, 2026.

3.  The MMM mediator filed a Final Report of Mortgage Modification Mediator

    (MMM-LF-13) on June 9, 2026,[2] reporting the parties reached an agreement.

4.  A copy of the agreement entered into between the parties (with all personal

    identifiers redacted) is attached.

5.  Under the agreement, the Lender will draft all required documents, other than

    motions or plans required to be filed in this case.

**[For chapter 13 cases only]:**

6.  Under the agreement, the Debtor must modify the last filed chapter 13 plan on or

---

[1] ECF#28.
[2] ECF#80.

MMM-LF-16 (rev. 06/01/26)

before June 23, 2026, to provide for the payment. The Debtor has already filed the Motion to Modify and the First Modified Plan at ECFs #76 and 78, respectively.

7.  All payments are considered timely upon receipt by the trustee, not upon receipt by the Lender.

8.  The trustee may disburse the payment as adequate protection to the Lender until such time as the plan or modified plan is confirmed, or the case is dismissed or converted to another chapter.

WHEREFORE, the Debtor requests that the Court grant this motion, approve the Mortgage Modification agreement reached with the Lender, and grant such other relief as justice and equity require.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Motion to Approve Mortgage Modification Agreement was served by U.S. first class mail upon the parties listed below on June 9, 2026.

Respectfully submitted:
June 9, 2026

**Jose A. Blanco, P.A.**
By: */s/ Jose A. Blanco* | FBN: 062449
Attorney for Debtor(s)
102 E 49th ST
Hialeah, FL 33013,
Tel. (305) 349-3463
E-mail: jose@blancopa.com

CCO Mortgage Corp. [POC#15] and address: Attn. Bankruptcy, 10561 Telegraph Rd, Glen Allen, VA 23059,
CCO Mortgage Corp., One Citizens Plaza Providence, RI 02903
Lender's counsel (if you already know who Lender's counsel is) **Teresa M Hair, Esq.**, ECF User
The Mediator Anthony Alexander Roca "Tony" tony@rocalaw.com (notice sent to email address only)

MMM-LF-16 (rev. 06/01/26)