

**ORDERED in the Southern District of Florida on June 11, 2026.**

**Scott M. Grossman, Chief Judge**
**United States Bankruptcy Court**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:    Christian F Ruiz                                    Case No.: 25-21702-SMG
                                                             Chapter 13

_____Debtor_____/

## ORDER GRANTING MOTION TO APPROVE TRIAL PERIOD PLAN PAYMENT MORTGAGE MODIFICATION AGREEMENT WITH CCO Mortgage Corp. / Citizens Bank (2nd Mortgage) [POC#15]

This matter came before the Court:

<u>X</u> Without a hearing on the Debtor's Motion to Approve Trial Period Plan

Payment Mortgage Modification Agreement with <u>CCO Mortgage Corp. / Citizens Bank</u>

<u>(2nd Mortgage) [POC#15] [ECF#81]</u> ("Lender") with respect to real property located at

<u>81 Via Firenza Way, Davie, FL 33325</u> (street address).

_____ For a hearing on [date] on the Unrepresented Debtor's Motion to

Approve Mortgage Modification Agreement with _____ ("Lender") with respect to

real property located at _____ (street address).

Upon consideration of the motion and the record in this case, it is

MMM-LF-16 (rev. 06/01/26)

**ORDERED** that:

1. The motion is **GRANTED**.

2. The parties are authorized to take any and all necessary actions to effectuate the terms of the agreement.

3. [For chapter 13 cases] The Debtor must modify the last filed chapter 13 plan on or before June 23, 2026, to provide for the payment. The Court notes that the Motion to Modify Plan and the First Modified Plan have already been filed.

4. The Court reserves jurisdiction to enforce the terms of the agreement and this Order.

Respectfully submitted by:
**Jose A. Blanco, P.A.**
Jose A. Blanco, Esq. | FBN: 062449
Attorney for Debtor(s)
102 E 49th ST
Hialeah, FL 33013,
Tel. (305) 349-3463
E-mail: jose@blancopa.com

CCO Mortgage Corp. [POC#15] and address: Attn. Bankruptcy, 10561 Telegraph Rd, Glen Allen, VA 23059,
CCO Mortgage Corp., One Citizens Plaza Providence, RI 02903
Lender's counsel (if you already know who Lender's counsel is) **Teresa M Hair, Esq.**, ECF User
The Mediator Anthony Alexander Roca "Tony" tony@rocalaw.com (notice sent to email address only)

MMM-LF-16 (rev. 06/01/26)