UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE   DIVISION

In re:    Christian F Ruiz                                    Case No.: 25-21702-SMG
                                                             Chapter 13

_____Debtor_____/

### NOTICE OF OBJECTION TO CLAIM

The Debtor, Christian F Ruiz, has filed an objection to your claim in this bankruptcy case.

**Your claim may be reduced, modified, or eliminated. You should read these papers carefully and discuss them with your attorney, if you have one.**

**If you do not want the court to eliminate or change your claim, then you or your lawyer must file a written response within 30 days from the date this objection was served, explaining why your claim should be allowed as filed.**

The written response must contain the case name, the case number, your name, and your claim number. If filed by an attorney, the written response must be filed electronically. If filed without an attorney, the written response must be filed with the Clerk of the United States Bankruptcy Court, Southern District of Florida, in the division in which this case is pending:

| **Miami Division:** | **Fort Lauderdale Division:** | **West Palm Beach Division:** |
|---|---|---|
| United States Bankruptcy Court | United States Bankruptcy Court | United States Bankruptcy Court |
| Southern District of Florida | Southern District of Florida | Southern District of Florida |
| C. Clyde Atkins United States Courthouse | United States Courthouse | Flagler Waterview Building |
| 301 North Miami Avenue, Room 150 | 299 East Broward Blvd., Room 112 | 1515 North Flagler Drive, Suite 801 |
| Miami, Florida 33128 | Ft. Lauderdale, FL 33301 | West Palm Beach, FL 33401 |

If you mail your response to the court for filing, you must mail it early enough so that the court will receive it on or before the deadline stated above.

**If you or your attorney do not take these steps, the court may decide that you do not oppose the objection to your claim and may enter an order sustaining the objection without further notice or hearing.** If you or your attorney do file a timely response to the objection, the court will schedule a hearing, by separate notice of hearing, to resolve the objection.

### Objection to Claim Number

Debtor objects to AMENDED claim number _____18_____ filed by Wilmington Savings Fund Society, FSB as Owner Trustee of the Residential Credit Opportunities Trust X-C, through FCI Lender Services, Inc. as a secured claim on May 22, 2026, for the following reasons:

The original Proof of Claim No. 18 was timely filed on December 11, 2025, before the December 12, 2025 claims bar date, and asserted a total secured claim of $372,996.04 with prepetition arrears of $**54,438.70**, while the amended claim filed on May 22, 2026, **after** the claims bar date and **after** confirmation of the Debtor's Chapter 13 plan, increases the total claim to $373,596.04 and the arrearage to $**55,038.70** by adding $600.00 in asserted fees/costs without sufficient explanation or leave of Court; the amendment is not a mere correction but an untimely post-bar-date and post-confirmation increase to the prepetition arrearage. Accordingly, the Debtor **requests** that the Court sustain the Objection, strike and disallow the AMENDED claim #18 along with the additional $600.00 asserted in the amended claim, and allow the original Claim No. 18, only in the amount stated in the timely filed original Proof of Claim No. 18, subject to any other objections and the confirmed plan.

LF-24 (rev. 06/01/26)

Respectfully submitted:
June 11, 2026

**Jose A. Blanco, P.A.**
By: */s/ Jose A. Blanco* | FBN: 062449
Attorney for Debtor(s)
102 E 49th ST
Hialeah, FL 33013,
Tel. (305) 349-3463
E-mail: jose@blancopa.com

LF-24 (rev. 06/01/26)