**Fill in this information to identify the case:**

Debtor 1    Christian F Ruiz aka Christian Ruiz aka Christian Fernando Ruiz
Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Southern District of Florida
Case number 25-21702-SMG

Official Form 410S1
# Notice of Mortgage Payment Change                    12/25

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Citizens Bank, N.A.            **Court claim no.** (if known): 15

**Last four digits** of any number you    6359
use to identify the debtor's account:

**Date of payment change:**    07/24/2026
Must be at least 21 days after date of
this notice

**New total payment:**    $858.74
Principal, interest, and escrow, if any
*For HELOC payment amounts, see Part 3*

## Part 1:    Escrow Account Payment Adjustment

1.  **Will there be a change in the debtor's escrow account payment?**
    ☒ No
    ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law.
       Describe the basis for the change. If a statement is not attached, explain why:

    **Current escrow payment:** $ _____        **New escrow payment:**    $ _____

## Part 2:    Mortgage Payment Adjustment

2.  **Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?**
    ☒ No
    ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

    **Current interest rate:** _____ %        **New interest rate:** _____ %

    **Current principal and interest payment:** $ _____        **New principal and interest payment:** $ _____

## Part 3:    Annual HELOC Notice

3.  **Will there be a change in the debtor's home-equity line-of-credit (HELOC) payment for the year going forward?**
    ☒ No
    ☐ Yes.
            **Current HELOC payment:**        $ _____

            **Reconciliation amount:**        + $ _____ or
                                              - $ _____

            **Amount of next payment (including reconciliation amount)**        $ _____

            **Amount of the new payment thereafter (without reconciliation amount)**        $ _____

## Part 4:    Other Payment Change

Debtor 1    <u>Christian F Ruiz aka Christian Ruiz aka Christian Fernando Ruiz</u>                    Case number *(if known)* <u>25-21702-SMG</u>
           First Name          Middle Name       Last Name

---

**4.   Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☐ No

☒ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

        Reason for change:  <u>HELOC</u>

        **Current mortgage payment:** $ <u>858.74</u>        **New mortgage payment:** $ <u>858.74</u>

---

| Part 5: | Sign Here |
|---|---|

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number.

Check the appropriate box.

☐ I am the creditor.

☒ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

✖ *  /s/ Patrick Hruby*
     Signature

Date  <u>07/06/2026</u>

**Print:  Patrick Hruby (88657)**
      First Name     Middle Name     Last Name

Title  <u>Attorney</u>

Company  <u>Brock & Scott, PLLC</u>

       Address  <u>3825 Forrestgate Dr.</u>
       Number            Street

       <u>Winston-Salem, NC 27103</u>
       City      State      ZIP Code

Contact phone  <u>844-856-6646</u>

Email <u>Floridabklegal@Brockandscott.com</u>

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

IN RE:
**Christian F Ruiz, aka Christian Ruiz aka**
**Christian Fernando Ruiz**
            **DEBTOR**

CASE NO.  25-21702-SMG
CHAPTER 13

## CERTIFICATE OF SERVICE

      I, the undersigned, hereby certify that a true and exact copy of the foregoing Notice of Mortgage Payment Change has been electronically served or mailed, postage prepaid on this day to the following:

**Via CM/ECF:**

Jose A Blanco, Debtor Attorney

Robin R Weiner, Chapter 13 Trustee

Office of the US Trustee, US Trustee

**Via First Class U.S. Mail:**

Christian F Ruiz
81 Via Firenza Way
Davie, FL 33325

Date: July 06, 2026

/s/ Patrick Hruby
Teresa M. Hair, FL Bar No. 44079
Patrick Hruby, FL Bar No. 0088657
Neisi I. Garcia Ramirez, FL Bar No. 91430
Dennis J. LeVine, FL Bar No. 375993
Jay Jones, FL Bar No. 90736
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
FloridaBKLegal@brockandscott.com

```
---------------- K E E P   F O R   Y O U R   R E C O R D S ----------------
                 K E E P   F O R   Y O U R   R E C O R D S
```

| BILLING DATE | CREDIT LIMIT | AVAILABLE CREDIT | MINIMUM PAYMENT |
|---|---|---|---|
| 06-26-26 | 110000 | 0 | 858.74 |

```
--------------------------- S U M M A R Y ---------------------------
                            S U M M A R Y
```

| PREVIOUS BALANCE | CHARGES AND FEES | INTEREST CHARGES | PAYMENTS AND CREDITS | CREDIT/DEBIT ADJUSTMENT |
|---|---|---|---|---|
| 133074.15 | .00 | 858.74 | 992.12 | .00 |

NEW BALANCE:    132940.77

```
-------------------- I N T E R E S T   C H A R G E S --------------------
                     I N T E R E S T   C H A R G E S
```

| | FROM | DAYS | DAILY BALANCE | DAY/MTHLY RT | ANNUAL RT | INT CHARGES |
|---|---|---|---|---|---|---|
| Curr Month | 05/28/26 | 30 | 109,979.21 | 0.0260274 | 9.50000 | 858.74 |
| | Total Days | 30 | Total Interest Charges: | | | 858.74 |

109979.21  Average Daily Balance    9.50000 Annual Percentage Rate

```
-------------------- P A Y M E N T   B R E A K D O W N --------------------
                     P A Y M E N T   B R E A K D O W N
```

| PAYMENT ELEMENT | AMOUNT |
|---|---|
| PAYMENT ELEMENT | AMOUNT |
| Minimum Payment Due | 858.74 |
| Interest | 858.74 |

------------------                              ------------------

Christian Ruiz
81 Via Firenza Way
Davie                    FL 33325 6908

| PREVIOUS BALANCE | NEW BALANCE | AMOUNT ENCLOSED | FOR PAYMENT DUE: |
|---|---|---|---|
| 133074.15 | 132940.77 | $ | 07-24-26 |