**Fill in this information to identify the case:**

Debtor 1 <u>Christian F Ruiz aka Christian Ruiz aka Christian Fernando Ruiz</u>
Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: <u>Southern</u> District of <u>Florida</u>
Case number <u>25-21702-SMG</u>

Official Form 410S1
# Notice of Mortgage Payment Change
**12/25**

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** <u>Citizens Bank, N.A.</u>

**Last four digits** of any number you <u>6359</u>
use to identify the debtor's account:

**Court claim no**. (if known): <u>15</u>

**Date of payment change:** 08/24/2026
Must be at least 21 days after date of
this notice

**New total payment:** <u>$887.37</u>
Principal, interest, and escrow, if any
*For HELOC payment amounts, see Part 3*

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**
   ☒ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law.
     Describe the basis for the change. If a statement is not attached, explain why:

   **Current escrow payment:** $ _____     **New escrow payment:** $ _____

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?**
   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   **Current interest rate:** _____%     **New interest rate:** _____%

   **Current principal and interest payment:** $ _____     **New principal and interest payment:** $ _____

## Part 3: Annual HELOC Notice

3. **Will there be a change in the debtor's home-equity line-of-credit (HELOC) payment for the year going forward?**
   ☒ No
   ☐ Yes.
     **Current HELOC payment:** <u>$_____</u>

     **Reconciliation amount:** + <u>$_____</u> or
     - <u>$_____</u>

     **Amount of next payment (including reconciliation amount)** <u>$_____</u>

     **Amount of the new payment thereafter (without reconciliation amount)** <u>$_____</u>

## Part 4: Other Payment Change

Debtor 1   <u>Christian F Ruiz aka Christian Ruiz aka Christian Fernando Ruiz</u>            Case number *(if known)* <u>25-21702-SMG</u>
            First Name              Middle Name              Last Name

---

**4.   Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☐ No

☒ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

Reason for change:  <u>HELOC</u>

**Current mortgage payment:** $ <u>858.74</u>          **New mortgage payment:** $ <u>887.37</u>

---

**Part 5:        Sign Here**

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number.

Check the appropriate box.

☐ I am the creditor.

☒ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

✖  */s/ Neisi I. Garcia Ramirez*                                   Date  <u>08/06/2026</u>
    Signature

**Print:  Neisi I. Garcia Ramirez (91430)**                        Title  <u>Attorney</u>
         First Name        Middle Name        Last Name

Company   <u>Brock & Scott, PLLC</u>

Address  <u>3825 Forrestgate Dr.</u>
         Number                    Street

<u>Winston-Salem, NC 27103</u>
City        State        ZIP Code

Contact phone  <u>844-856-6646</u>                                 Email <u>Floridabklegal@Brockandscott.com</u>

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

IN RE:
**Christian F Ruiz, aka Christian Ruiz aka**
**Christian Fernando Ruiz**
         **DEBTOR**

**CASE NO.  25-21702-SMG**
**CHAPTER 13**

### CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and exact copy of the foregoing Notice of Mortgage Payment Change has been electronically served or mailed, postage prepaid on this day to the following:

**Via CM/ECF:**

Jose A Blanco, Debtor Attorney

Robin R Weiner, Chapter 13 Trustee

Office of the US Trustee, US Trustee

**Via First Class U.S. Mail:**

Christian F Ruiz
81 Via Firenza Way
Davie, FL 33325

Date: ~~August 06, 2026~~

*/s/Neisi I. Garcia Ramirez*
Teresa M. Hair, FL Bar No. 44079
Patrick Hruby, FL Bar No. 0088657
Neisi I. Garcia Ramirez, FL Bar No. 91430
Dennis J. LeVine, FL Bar No. 375993
Jay Jones, FL Bar No. 90736
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
FloridaBKLegal@brockandscott.com

```
--------------- K E E P   F O R   Y O U R   R E C O R D S ----------------
```

```
 BILLING    CREDIT    AVAILABLE    ███████         MINIMUM      █████████
   DATE      LIMIT      CREDIT                      PAYMENT
07-27-26    110000          0      ███████          887.37      █████████
```

```
----------------------------- S U M M A R Y --------------------------------
                            S U M M A R Y
   PREVIOUS         CHARGES       INTEREST      PAYMENTS    CREDIT/DEBIT
   BALANCE          AND FEES       CHARGES    AND CREDITS    ADJUSTMENT
  132940.77             .00        887.37        1025.80           .00
```

```
                                        NEW BALANCE:    132802.34
```

```
-------------------- I N T E R E S T   C H A R G E S --------------------
                    I N T E R E S T   C H A R G E S
             FROM  DAYS DAILY BALANCE DAY/MTHLY RT ANNUAL RT  INT CHARGES
Curr Month  06/27/26  31    109,979.21   0.0260274   9.50000       887.37
            Total Days    31   Total Interest Charges:           887.37
```

```
   109979.21  Average Daily Balance    9.50000 Annual Percentage Rate
```

```
-------------------- P A Y M E N T   B R E A K D O W N --------------------
                    P A Y M E N T   B R E A K D O W N
         PAYMENT ELEMENT                    AMOUNT
         PAYMENT ELEMENT                    AMOUNT
         Minimum Payment██████              887.37
         Interest                           887.37
```

```
----------------████████████████████████████████----------------
                ████████████████████████████████
```

Christian Ruiz
81 Via Firenza Way
Davie              FL 33325 6908

```
     PREVIOUS    NEW BALANCE       ███████      AMOUNT   FOR PAYMENT
     BALANCE                                    ENCLOSED  ███████
    132940.77     132802.34      ████████       $_____  08-24-26
```

