**ORDERED in the Southern District of Florida on August 27, 2026.**

**Scott M. Grossman, Chief Judge**
**United States Bankruptcy Court**

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN RE:

CASE NO. 25-21702-SMG
CHAPTER 13

Christian F Ruiz
*aka* Christian Ruiz
*aka* Christian Fernando Ruiz,

Debtor.
_____________________________/

**AGREED ORDER ON DEBTORS' OBJECTION TO CLAIM #18-2 OF WILMINGTON SAVINGS FUND SOCIETY FSB D/B/A CHRISTIANA TRUST AS OWNER TRUSTEE OF THE RESIDENTIAL CREDIT OPPORTUNITIES TRUST**

THIS CASE came before the Court upon the Debtors' Objection to Claim #18-2 of Wilmington Savings Fund Society FSB d/b/a as Owner Trustee of the Residential Credit Opportunities Trust X-C (Doc. 87) on the consent calendar on July 16, 2026. The parties have advised the Court that they have reached an agreement resolving the Objection. Pursuant to that agreement, Wilmington Savings Fund Society FSB d/b/a as

Owner Trustee of the Residential Credit Opportunities Trust X-C has agreed to waive the additional $600.00 in fees and file an Amended Proof of Claim reflecting the agreed-upon amount.

Accordingly, it is ORDERED that the Debtors' Objection to Claim #18-2 (Doc. 87) is resolved in accordance with the parties' agreement. Wilmington Savings Fund Society FSB d/b/a as Owner Trustee of the Residential Credit Opportunities Trust X-C shall waive the additional $600.00 in fees and file Amended Proof of Claim. Upon the filing of the Amended Proof of Claim, the Debtors' Objection shall be deemed resolved, and no further relief shall be required.

###

Respectfully Submitted By: JOSE A. BLANCO, P.A., Jose A. Blanco | FBN: 062449, Attorney for Debtor(s), 102 E 49th ST, Hialeah, FL 33013, Tel. (305) 349-3463, E-Mail: jose@blancopa.com

***Attorney Christian Savio, Esq., is directed to serve a copy of this Order on interested parties who do not receive service by CM/ECF and file a Proof of Service within three days of entry of the Order.***