**Fill in this information to identify the case:**

Debtor 1     Christian F Ruiz AKA CHRISTIAN RUIZ AKA CHRISTIAN FERNANDO RUIZ

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Southern District of Florida

Case number 25-21702-SMG

## Official Form 410S2
## Notice of Postpetition Mortgage Fees, Expenses, and Charges                    12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Citizens Bank, N.A.                    **Court claim no.** (if known): 15

**Last four digits** of any number you use to
identify the debtor's account: 6359

**Does this notice supplement a prior notice of
postpetition fees, expenses, and charges?**

☒  No
☐  Yes. Date of the last notice: _____/____/_____

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

**Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case.  If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.**

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ 0.00 |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ 0.00 |
| 3. Attorney's fees | Safe Harbor Fees: Plan Review (11/04/2025), Objection to Plan Confirmation (11/06/2025), Proof of Claim (12/04/2025) | (3) | $ 525.00 |
| 4. Filing fees and court costs | | (4) | $ 0.00 |
| 5. Bankruptcy/Proof of claim fees | | (5) | $ 0.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ 0.00 |
| 7. Property inspection fees | | (7) | $ 0.00 |
| 8. Tax advances (non-escrow) | | (8) | $ 0.00 |
| 9. Insurance advances (non-escrow) | | (9) | $ 0.00 |
| 10. Property preservation expenses. Specify: | | (10) | $ 0.00 |
| 11. Other. Specify: | | (11) | $ 0.00 |
| 12. Other. Specify: | | (12) | $ 0.00 |
| 13. Other. Specify: | | (13) | $ 0.00 |
| 14. Other. Specify: | | (14) | $ 0.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor1    Christian F Ruiz AKA CHRISTIAN RUIZ AKA
CHRISTIAN FERNANDO RUIZ

    First Name      Middle Name      Last Name

Case number *(if known)* 25-21702-SMG

## Part 2: Sign Here

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number.

Check the appropriate box.

☐ I am the creditor.
☒ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

✖ **/s/Neisi I. Garcia Ramirez**
  Signature

Date 12/29/2025

**Print:** **Neisi I. Garcia Ramirez (91430)**
    First Name      Middle Name      Last Name

Title Attorney

Company  Brock & Scott, PLLC

Address  3825 Forrestgate Dr.
     Number      Street

         Winston-Salem, NC 27103
         City     State     ZIP Code

Contact phone  844-856-6646

Email Floridabklegal@Brockandscott.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

IN RE:
**Christian F Ruiz, AKA CHRISTIAN**
**RUIZ AKA CHRISTIAN**
**FERNANDO RUIZ**
             **DEBTOR**

**CASE NO.  25-21702-SMG**
**CHAPTER 13**

**CERTIFICATE OF SERVICE**

       I, the undersigned, hereby certify that a true and exact copy of the foregoing Notice of Postpetition Mortgage Fees, Expenses, and Charges has been electronically served or mailed, postage prepaid on this day to the following:

Christian F Ruiz
81 Via Firenza Way
Davie, FL 33325

Jose A Blanco
eservice@blancopa.com

Robin R Weiner, Bankruptcy Trustee
ecf@ch13weiner.com

Office of the US Trustee, US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Date: <u>December 29, 2025</u>

                                      <u>*/s/Neisi I. Garcia Ramirez*</u>
                                        Teresa M. Hair, FL Bar No. 44079
                                        Patrick Hruby, FL Bar No. 0088657
                                        Neisi I. Garcia Ramirez, FL Bar No. 91430
                                        Dennis J. LeVine, FL Bar No. 375993
                                        Jay Jones, FL Bar No. 90736
                                        Attorney for Creditor
                                        BROCK & SCOTT, PLLC
                                        3825 Forrestgate Drive
                                        Winston Salem, NC 27103
                                        Telephone: (844) 856-6646
                                        Facsimile: (704) 369-0760
                                        FloridaBKLegal@brockandscott.com