**Fill in this information to identify the case:**

Debtor 1    Christian F Ruiz

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:    Southern    District of    Florida
(State)

Case number    25-21702-SMG

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Wilmington Savings Fund Society, FSB, as Owner Trustee of the Residential Credit Opportunities Trust X-C    **Court claim no**. (if known): 18-1

**Last 4 digits** of any number you use to identify the debtor's account:    1  2  6  4

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒  No

☐  Yes.  Date of the last notice: ____/____/_____

| Part 1: | Itemize Postpetition Fees, Expenses, and Charges |
|---|---|

**Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case.  If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.**

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. Attorney fees | 11/06/2025; 11/24/2025; 01/07/2026; 2/05/2026 | (3) | $ 1,435.00 |
| 4. Filing fees and court costs | | (4) | $ |
| 5. Bankruptcy/Proof of claim fees | | (5) | $ |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ |
| 7. Property inspection fees | 12/5/2025; 01/06/2025 | (7) | $ 40.00 |
| 8. Tax advances (non-escrow) | | (8) | $ |
| 9. Insurance advances (non-escrow) | | (9) | $ |
| 10. Property preservation expenses.  Specify:_____ | | (10) | $ |
| 11. Other.  Specify:_____ | | (11) | $ |
| 12. Other.  Specify:_____ | | (12) | $ |
| 13. Other.  Specify:_____ | | (13) | $ |
| 14. Other.  Specify:_____ | | (14) | $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1    Christian     F      Ruiz
            First Name    Middle Name    Last Name

Case number (*if known*) 25-21702-SMG

---

| Part 2: | Sign Here |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ */s/ Christian Savio*
Signature

Date  05 / 04 / 2026

Print:    Christian          Savio
          First Name    Middle Name    Last Name

Title  Authorized Agent

Company    Law Offices of Manganelli, Leider & Savio, P.A.

Address    1900 N.W. Corporate Blvd., Ste. 200W
           Number          Street
           Boca Raton                    FL      33431
           City                          State   ZIP Code

Contact phone  (561) 826 – 1740

Email  csavio@mls-pa.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN RE:

Christian F Ruiz
*aka* Christian Ruiz
*aka* Christian Fernando Ruiz,

      Debtor.
_____/

CASE NO. 25-21702-SMG
CHAPTER 13

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that on <u>May 4, 2026</u>, I served the foregoing document described as the **NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES**, by electronic ECF notification via U.S. Bankruptcy Court's CM/ECF system and/or by U.S. Mail, on the following parties:

**VIA CM/ECF:**

Jose A Blanco
eservice@blancopa.com
*(Attorney for Debtor)*

Robin R Weiner
auto-forward-ecf@ch13weiner.com
*(Chapter 13 Trustee)*

Office of the United States Trustee
USTPRegion21.MM.ECF@usdoj.gov
*(U.S. Trustee)*

**VIA U.S. MAIL:**

Christian F Ruiz
81 Via Firenza Way
Davie, FL 33325
*(Debtor)*

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: <u>May 4, 2026</u>

Respectfully submitted,

By: *<u>/s/ Christian Savio</u>*
    CHRISTIAN SAVIO
    *Authorized Agent for Creditor*