**Fill in this information to identify the case:**

**Keith**      Christian F Ruiz

**Debtor 2**

**(Spouse, if filing)**

United States Bankruptcy Court for the: Southern District of Florida ____
**(State)**

Case number  25-21702-SMG

Official Form 410S2

# Amended Notice of Postpetition Mortgage Fees, Expenses and Charges

12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

Filing this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1

**Name of creditor:** Wilmington Savings Fund Society, FSB, as Owner Trustee of the Residential Credit Opportunities Trust X-C

**Court claim no.** (if known):      18

**Last four digits** of any number you use to identify the debtor's account:      1264

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☐ No

☑ Yes.  Date of the last notice:    Amends 05/04/2026 notice

| Part 1: | Itemize Postpetiton Fees, Expenses, and Charges |
|---|---|

**Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed.  Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.**

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1.Late charges | | (1) $ | |
| 2.Non-sufficient funds (NSF) fees | | (2) $ | |
| 3.Attorney Fees | 11/6/2025; 11/24/2025; 01/07/2026; 2/5/2026 | (3) $ | 525.00 |
| 4.Filing fees and court costs | | (4) $ | |
| 5.Bankruptcy/Proof of claim fees | | (5) $ | |
| 6.Appraisal/Broker's price opinion fees | | (6) $ | |
| 7.Property inspection fees | | (7) $ | |
| 8.Tax advances (non-escrow) | | (8) $ | |
| 9.Insurance advances (non-escrow) | | (9) $ | |
| 10.Property preservation expenses. Specify: | | (10) $ | |
| 11.Other. Specify: | | (11) $ | |
| 12.Other. Specify: | | (12) $ | |
| 13.Other. Specify: | | (13) $ | |
| 14.Other. Specify: | | (14) $ | |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.

Official Form 410S2              **Notice of Postpetition Mortgage Fees, Expenses, and Charges**                    Page 1

| Debtor 1 | Christian F Ruiz | | | Case Number *(if known)* | 25-21792-SMG |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**See 11 U.S.C. §1322(b)(5) and Bankruptcy Rule 3002.1.** **Part 2:** **Sign Here**

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box*

☐  I am the creditor.
☑  I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

✗       /s/ Matthew Klein                                      Date  06/05/2026
     Signature

Print:            Matthew B. Klein              73529                    Title        Bankruptcy Attorney
                  First name        Middle Name        Last name

Company      HOWARD LAW

Address       902 Clint Moore Road, Suite 220
                  Number                    Street

                  Boca Raton, FL 33487
                  City                 State        Zip Code

Contact phone      (954) 893-7874              Email:      Matthew@howardlaw.com

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that on June 5, 2026, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF System, which will send a notice of electronic filing to all CM/ECF participants:

Jose A Blanco, Esq., 102 E 49th St., Hialeah, FL, 33013

Robin R Weiner, PO Box 559007, Fort Lauderdale, FL 33355

Office of the US Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130

and a true and correct copy was mailed via U.S. First Class Mail to:
Christian F Ruiz, 81 Via Firenza Way, Davie, FL 33325

                /s/ Matthew Klein
                MATTHEW B KLEIN
                FLORIDA BAR#: 73529